**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|         Plaintiff,                                  ) | |
|                                          ) | |
|         v.                                                      ) | 1:19-cr-00098-TWP-DLP-1 |
|                                          ) | |
| JOHN PINKHAM,                                      ) | |
|         Defendant.                              ) | |

**ORDER ON MOTION TO SEAL DOCKET NUMBER 43 and 43-1**
**DEFENSE SENTENCING MEMORANDUM**

This matter is before the Court upon Motion to Seal Docket Number 43 and 43-1 Defense Sentencing Memorandum which was filed with the Court on April 24, 2020.

The Court, after considering the Motion and being duly advised, now finds the Motion well taken, and that the Motion should be **GRANTED** for the reasons set forth in Defendant's Motion.

**IT IS THEREFORE ORDERED** that Document 43 and 43-1, Defense Sentencing Memorandum, shall be sealed.

Date: 4/27/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Distribution to all registered counsel by electronic notification via CM/ECF